```
 1  Dinah McKean (SBN 119003)
    Lynn Pham (SBN 221808)
 2  WALSH & FURCOLO LLP
    Symphony Towers
 3  750 B Street, Suite 2740
    San Diego, CA 92101-8129
 4  Telephone: (619) 232-8486
    Facsimile: (619) 232-2691
 5
 6  Attorneys for Plaintiffs CALIBER ONE MANAGEMENT COMPANY and GEMINI
    INSURANCE COMPANY
 7
```

FILED
2006 OCT 17 AM 8: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIBER ONE MANAGEMENT COMPANY; GEMINI INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARENDON AMERICA INSURANCE COMPANY; DOES 1 to 5, inclusive, <br><br> Defendants. | CASE NO. 06cv1026-JM(WMc) <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that pursuant to a tentative settlement, the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

DATED: 10/10/06

LAW OFFICES OF DAVID S. BLAU

By: _____
David S. Blau (SBN 166825)
Attorney for Defendant CLARENDON AMERICA INSURANCE COMPANY

DATED: 10/9/06

WALSH & FURCOLO LLP

By: _____
Dinah McKean
Lynn Pham
Attorneys for Plaintiffs CALIBER ONE
MANAGEMENT COMPANY and GEMINI
INSURANCE COMPANY

IT IS SO ORDERED
DATED 10/16/06

_____
UNITED STATES DISTRICT JUDGE

WALSH & FURCOLO LLP
SYMPHONY TOWERS
750 B STREET
SUITE 2740
SAN DIEGO, CALIFORNIA
92101-8129
TELEPHONE (619) 232-8486

2
STIPULATION FOR CONTINUANCE          06cv1026-JM(WMc)

## PROOF OF SERVICE

*Caliber One Indemnity Co.; Gemini Ins. Company v. Clarendon America Insurance Company*

*USDC Case No. 06cv1026-JM(WMc)*

I declare that I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is Walsh & Furcolo LLP, 750 B Street, Suite 2740, San Diego, CA 92101.

I further declare that on October 11, 2006. I served the following document(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service.

X     BY MAIL. I placed the original or a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and each such envelope was deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

X     I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on October 11, 2006, at San Diego, California.

*[signature]*
Jessica A. Lopez

WALSH & FURCOLO LLP
SYMPHONY TOWERS
750 B STREET
SUITE 2740
SAN DIEGO, CALIFORNIA
92101-8129
TELEPHONE (619) 232-8486

1

PROOF OF SERVICE     06cv1026-JM(WMc)

CALIBER ONE MANAGEMENT CO. et al v. CLARENDON AMERICA INS. CO. et al.
USDC Case No. 06cv1026-JM(WMc)
SERVICE LIST

| PARTY | COUNSEL |
|---|---|
| **Counsel for Defendant CLARENDON AMERICA INSURANCE COMPANY** | David S. Blau, Esq.<br>LAW OFFICES OF DAVID S. BLAU<br>6080 Center Drive, 6th Floor<br>Los Angeles, CA 90045<br>(310) 242-6671; FAX (310) 242-6171 |